THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH FERRONE, Appellant.

(Argued June 13, 1912; decided June 29, 1912.)

APPEAL from a judgment of the Court of General Sessions of the Peace in the county of New York, rendered January 19, 1912, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Frederick R. Rich* and *Charles J. Campbell* for appellant.

*Charles S. Whitman, District Attorney (Rollin B. Sanford, Robert C. Taylor* and *Stanley L. Richter* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and COLLIN, JJ. Absent: HISCOCK, J.